

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00032-CR

## EX PARTE TARUN BHARDWAJ

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 16-03580-CRF-272

# ORDER

The State's Motion for Extension of Time to File State's Response, filed on March 15, 2019, is granted. The State's response is due March 29, 2019.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Neill
Motion granted
Order issued and filed March 27, 2019

